TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00556-CR


NO. 03-01-00712-CR







Judy Lynn Rushing, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT

NO. CR4864, HONORABLE CHARLES J. HEARN, JUDGE PRESIDING






O R D E R

PER CURIAM

This appeal was erroneously filed under two cause numbers. Cause number 03-01-00712-CR is dismissed. The appeal will continue as cause number 03-01-556-CR.

It is ordered January 8, 2002.


Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Do Not Publish